# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELMIRON (PENTOSAN) POLYSULFATE SODIUM PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2973<br>Civil Action No. 2:20-md-02973 (BRM)(ESK)<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE EDWARD S. KIEL<br><br>THIS DOCUMENT RELATES TO:<br>Amy Rogers-Austin and Bruce Austin v. Janssen Pharmaceuticals, Inc.<br>Case No. 2:22-cv-01744-BRM-ESK |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiffs, Amy Rogers-Austin and Bruce Austin, hereby voluntarily dismiss this action, with prejudice, as to all Defendants. All parties will bear their own costs.

Dated: December 20, 2023

/s/ Paola Pearson
Paola Pearson (PA ID 318356)
Anapol Weiss
One Logan Square
130 N. 18th St., Suite 1600
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7719
ppearson@anapolweiss.com

**Counsel for Plaintiffs**

/s/ Michael C. Zogby
Michael C. Zogby
Barnes & Thornburg LLP
1776 on the Green
67 E. Park Place, Ste. 1000
Morristown, NJ 07960
Telephone: 973-775-6110
Michael.zogby@btlaw.com


Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: 212-790-5342
kfournier@kslaw.com

**Counsel for Janssen Defendants**

Case 2:22-cv-01744-BRM-ESK   Document 5   Filed 12/20/23   Page 2 of 2 PageID: 51

## CERTIFICATE OF SERVICE

I, Paola Pearson, hereby certify that on this 20th day of December, 2023 the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

/s/ Paola Pearson

It is so ordered this 20th day of Dec, 2023

Brian R. Martinotti, U.S.D.J.

2